FILED
2018 Jan-22 PM 04:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT G



# NO GLASS BOTTLES NO SMOKING!!!

## HOUSE FEE POLICY

*Starting 4/27/2013*

### Sunday through Thursday:

| Time | Fee | |
|---|---|---|
| 6:00 | 25$ | *Anyone arriving after 10 |
| 7:00 | 35$ | Pays a 55$ House/DJ fee |
| 8:00 | 45$ | UPFRONT* |
| 9:00 | 50$ | |

### Friday and Saturday:

| Time | Fee | |
|---|---|---|
| 6:00 | 35$ | *Anyone arriving after 11 |
| 7:00 | 45$ | Pays a 65$ House/DJ fee |
| 8:00 | 55$ | UPFRONT* |
| 9:00 | 60$ | |

## "ATTENTION ALL DANCERS"

### ! Dance Reward System !

**WEEKDAY SPECIAL:** 10 dances and your HOUSE TIPOUT is FREE.

**WEEKEND SPECIAL:** 15 dances and your HOUSE TIPOUT is FREE.

**ANYDAY SPECIAL:** 20 dances and your HOUSE TIPOUT IS FREE INCLUDING LATE FEE'S

*This does NOT include LATE fee's after 7 o' clock with regular Weekend and Weekday specials*

*This does not include the DJ portion due to this is how they make their money unless the current DJ at that night agrees upon excusing you of their portion.*

*We hope this change convinces you girls even more to make money and in turn help the club. This is our way of giving back for all the hard work you guys do.*

Thank you!

*Management*